# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| LORI A. BAZEMORE, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-11-809-R |
| CAROL W. COLVIN,<br>Acting Commissioner,<br>Social Security Administration, | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin. Doc. No. 28. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety. Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) is GRANTED in the amount of $15,000.00. Further, the Commissioner is directed to pay to Plaintiff's attorney the balance of any past-due benefits in the Commissioner's possession in the total amount of $15,825.23, that Plaintiff's attorney is to thereupon refund to the Plaintiff the sum of $5,254.40 representing the full amount previously awarded under the EAJA, together with the sum of $825.23 representing the excess amount of attorney's fees withheld by the Commissioner.

IT IS SO ORDERED THIS 28th day of January, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE